UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREA BLACKSHEAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-02218-JRO-TAB |
| | ) | |
| PERFORMANCE CONTRACTING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION TO COMPEL**

Defendant Performance Contracting, Inc. seeks an order to compel non-party Dewan Nix to appear for a deposition. Despite receiving proper service and without objecting to or filing any motion in opposition to his deposition, Nix failed to appear for his June 25, 2026, deposition. Accordingly, Defendant's motion to compel [Filing No. 45] is granted in part and denied in part as discussed below.

To the extent Defendant's motion seeks an order compelling Nix to appear for his deposition, it is granted. Any objections to attendance are waived as untimely. Nix shall attend and participate in his deposition once rescheduled. The Court may treat any failure to comply with this order as contempt of Court. *See* Fed. R. Civ. P. 37(b)(1) ("If the court where discovery is taken orders a deponent to be sworn or to answer a question and the deponent fails to obey, the failure may be treated as contempt of court."); 45(g) ("The court . . . may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.").

Defendant also requests reasonable expenses, including attorney's fees, incurred due to Nix's failure to attend the deposition. This request is denied without prejudice. The

circumstances surrounding Nix's failure to appear are unknown. Nix is an unrepresented non-party, and Plaintiff's counsel previously told the Court of difficulties in contacting Nix. [Filing No. 39.] Thus, it is unclear whether there are circumstances that would make an award of expenses unjust. *See* Fed. R. Civ. P. 37(a)(5)(iii). However, in the event that Nix fails to attend the rescheduled deposition as ordered, Defendant may renew this request.

The Clerk is directed to mail a courtesy copy of this order to Nix at the address listed in distribution list below.

Date: 8/27/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Dewan Nix
1921 Nathan Dr.
Kokomo, IN 46901